MICHAEL W. KENNEY, Respondent, *v.* HENRY MASEMANN, Appellant.

(Argued March 20, 1890; decided April 15, 1890.)

*William A. Copp* for appellant.

*James F. Pendleton* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.